

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00045-CV

REGIONAL POOL ALLIANCE, MATAGORDA COUNTY SELF INSURANCE POOL,
AND WEST TEXAS RURAL COUNTIES ASSOCIATION
v.
NORTHSTAR RECOVERY SERVICES, INC.

On Appeal from the
36th District Court of Aransas County, Texas
Trial Court Cause No. A-20-0159-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 50% against appellant Regional Pool Alliance and 50% against appellee NorthStar Recovery Services, Inc.

We further order this decision certified below for observance.

May 5, 2022